# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

September 26, 2024

Hon. J. Paul Oetken  
United States District Court  
Southern District of New York  
40 Foley Squareo  
New York, New York 10007

Re: United States v. Rafael Alvarez  
24 Cr. 221 (JPO)

Your Honor:

Along with Michael K. Bachrach, Esq. I represent Rafael Alvarez in the above-captioned matter and write today for a modification of the defendant's bond so as to allow travel to and from Somerset, New Jersey on September 30, 2024.

Defendant Alvarez' current bail conditions include a $600,000.00 appearance bond co-signed by four financially responsible individuals and secured by real property located in Cortland Manor, New York. His travel is restricted to the Southern and Eastern Districts of New York.

Mr. Alvarez has been invited to be a guest speaker at the second annual Hispanic Latino Business Summit to be held at the Palace at Somerset. Mr. Alvarez is requesting that he be permitted to attend this event and travel to and from Somerset, New Jersey between the hours of 2pm and 9pm on Monday, September 30, 2024. He will furnish Pretrial with complete details of the trip prior to departure if approved. All other conditions of Mr. Alvarez' bond to remain in place.

Please note that Pretrial Officer Andrew Abbott and A.U.S.A. David Felton have no objection to the granting of this application.

Granted.  
So ordered.  
9/30/2024

Respectfully submitted,

Richard H. Rosenberg  
Michael K. Bachrach

_____  
J. PAUL OETKEN  
United States District Judge