# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

November 12, 2024

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Rafael Alvarez
24 Cr. 221 (JPO)

Dear Judge Oetken:

On August 15, 2024 Your Honor granted the defendant's request for a modification of his bail conditions to permit him to attend a Franchise Expo taking place in Austin, Texas on November 14 and 15, 2024. We neglected to request a date for travel back to Newark on November 16, 2024. We therefore respectfully request a modification of that order to extend his travel time an extra day to November 16, 2024.

Additionally, the defendant wishes to travel with family members to Orlando, Florida for the Thanksgiving holiday. His plan consists of traveling with his wife and four daughters to Orlando on Monday November 25 via Jet Blue from Newark Airport. Once in Orlando the family will be staying with a long time friend and his family at their home in Clermont, Florida and return to Newark via United Airlines from Orlando airport on November 29, 2024. Complete details of this travel has been submitted to Pretrial.

Please note that the United States Attorney's Office per A.U.S.A. David Felton and Pretrial officer Andrew Abbott have no objection to either of these requests.

Thank you for your consideration and continued courtesies to counsel.

Granted.
So ordered.
 11/12/2024

Respectfully submitted,

Richard H. Rosenberg
Michael K. Bachrach

J. PAUL OETKEN
United States District Judge